**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHER REEDER, et al, | ) | NO. CV 16-6602-CAS (KS) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| STACY PIPES MASON, et al, | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 27, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1